Becky P. Patin
Clerk of Court • St. Martin Parish
P.O. Box 308
St. Martinville, Louisiana 70582



(337) 394-2210 • (337) 332-4136
Fax (337) 394-7772

STATE OF LOUISIANA

OFFICE OF THE CLERK OF COURT

PARISH OF ST. MARTIN

16TH JUDICIAL DISTRICT COURT

I HEREBY CERTIFY THAT THE ATTACHED COPIES ARE A TRUE AND
CORRECT COPY OF THE PROCEEDING ENTITLED:

LESTER JOE

VS. # 91400

REDWOOD FIRE AND CASUALTY INSURANCE COMPANY, ET AL

OF THE CIVIL RECORDS FILED WITHIN THE ST. MARTIN PARISH CLERK OF
COURT'S OFFICE, ST. MARTINVILLE, LOUISIANA AS OF THIS SAID DATE.

IN FAITH WHEREOF WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE ON
THIS 7 TH  DAY OF APRIL, 2022.

_____
DEPUTY CLERK OF COURT
PARISH OF ST. MARTIN
STATE OF LOUISIANA

*Courthouse Annex*


EXHIBIT
A

| JUDGEMENT RECORDED IN | CIVIL ACTION |
|---|---|
| ———————— BOOK ———— | BOOK ———————————— |
| FOLIO ——————— NO. ———— | PAGE ———————————— |

# CLERK OF COURT

## ST. MARTIN PARISH
## SUIT

LESTER JOE

V

REDWOOD FIRE AND CASUALTY
INSURANCE COMPANY, ET AL

JOHN M. JEFCOAT

ATTORNEYS:
FOR PLAINTIFF:

FOR DEFENDANT:

FEBRUARY 22, 2022

FILED

DEFAULT

JUDGEMENT

**LESTER JOE**

**VERSUS**

**REDWOOD FIRE AND CASUALTY
INSURANCE COMPANY, ROCKING
W SERVICES, LLC, and CHARLES
WEISMAN**

**16ᵀᴴ JUDICIAL DISTRICT COURT**

**DOCKET NO. 91400 - A**

**PARISH OF ST. MARTIN**

**STATE OF LOUISIANA**

---

### PETITION FOR DAMAGES

The petition of **LESTER JOE**, an individual of the full age of majority and domiciled in the Parish of St. Martin in the State of Louisiana, respectfully represents as follows:

1.

Made Defendants herein is:

a. **REDWOOD FIRE AND CASUALTY INSURANCE COMPANY**, a foreign insurance company doing business in the State of Louisiana, as liability insurer of;

b. **ROCKING W SERVICES, LLC**, a foreign company company doing business in the State of Louisiana and as employer of **CHARLES WEISMAN** is at all times relevant to this accident; and

c. **CHARLES WEISMAN**, an individual of the age and majority believed to be domiciled in the County of Johnson, State of Texas;

who are amenable to the courts of the State of Louisiana and indebted unto the Plaintiff in this matter for the following to wit:

2.

On or about May 24, 2021, Plaintiff, **LESTER JOE**, was working at Cajun Chef which is located at 519 Joseph Street, St. Martinville, Louisiana, Lester Joe was gainfully employed with Cajun Chef on the date of the accident.

3.

At the same time and near the same place, Defendant, **CHARLES WEISMAN**, was operating an 18-wheeler at Cajun Chef facility which was located at 519 Joseph Street, St. Martinville, Louisiana and it is alleged was gainfully employed with **ROCKING W SERVICES, LLC** on the date of the accident.

4.

Defendant, **CHARLES WEISMAN**, was delivering for Defendant, **ROCKING W SERVICES, LLC**, a load of cucumbers to Cajun Chef in St. Martin Parish and was backed up to or backing up to the loading bay of the facility.

5.

Suddenly, and without warning, Defendant, **CHARLES WEISMAN**, disembarked from the 18-wheeler and in doing so failed to engage the parking brake on said 18-wheeler.

6.

As a result, Defendant, **CHARLES WEISMAN**, of failing to engage the parking brake the tractor trailer began to back up towards the loading bay.

7.

At the same date and time, as Defendant, **CHARLES WEISMAN**, disembarked the truck and failed to engage the parking brake, Plaintiff, **LESTER JOE**, was located toward the rear of the 18-wheeler between and was between and/or below said 18-wheeler and the loading dock.

8.

As the 18-wheeler began to roll toward Plaintiff, **LESTER JOE**, Plaintiff, **LESTER JOE,** dropped to the ground, but was struck by the roller and at one point was hit and possibly pinned between the 18-wheeler and the loading dock.

9.

The 18-wheeler was subsequently moving forward and Plaintiff, **LESTER JOE**, was able to get to his knees and with help from co-employees was able to ambulate to the office at Cajun Chef.

10.

As a result of the accident, Plaintiff, **LESTER JOE**, sustained serious injuries caused by said accident. Said injuries have been a source of physical pain and mental anguish. All of the above and especially, though not exclusively, injuries sustained by Plaintiff, **LESTER JOE**, are as a direct result of the wanton and gross negligence of Defendant, **CHARLES WEISMAN**.

11.

The herein above-described injuries were caused by the wanton and gross negligence of Defendant, **CHARLES WEISMAN**, including, but not limited to the following:

a.   Failing to properly engage his parking brake;

b.   Failing to check all mirrors surrounding the truck prior to backing the truck to the loading deck;

c.   Not maintaining proper control of the vehicle Defendant was operating;

d.   No maintaining a proper lookout for persons and/or potentially dangerous situations ahead;

e.   Carelessly operating the vehicle;

f.   Not seeing things Defendant should have seen and not doing things Defendant should have done, as warranted by conditions prevalent at the time, thus failing to act prudently and by Defendant's negligence, causing damage and injury to Plaintiff, **LESTER JOE.**

12.

Upon information and belief, the Defendant, **REDWOOD FIRE AND CASUALTY INSURANCE COMPANY**, issued an automobile liability insurance policy that provided coverage to the Defendant, **ROCKING W SERVICES, LLC**, and/or coverage for the vehicle being driven by **CHARLES WEISMAN** in the subject collision. Upon information and belief, the policy was in full force and effect at the time and on the date of the subject accident, and provided coverage for the tortious conduct of Defendant, **CHARLES WEISMAN**.

13.

Upon information and belief, Defendant, **CHARLES WEISMAN**, was employed by Defendant, **ROCKING W SERVICES, LLC**, and in the course and scope of employment with Defendant, **ROCKING W SERVICES, LLC**, at the time of the subject crash. As such, the crash triggered the respondent superior liability of **CHARLES WEISMAN**'s employer, **ROCKING W SERVICES, LLC**.

14.

Plaintiff, **LESTER JOE**, has incurred medical specials and may incur future medical specials as a result of this accident and seek to be reimbursed for these damages.

15.

Plaintiff, **LESTER JOE**, has suffered and continue to suffer great pain, inconvenience, and frustration as a result of this accident and seek to be reimbursed for these general damages.

**WHEREFORE**, Plaintiff prays the Defendants named herein be served with a copy of this Petition and be cited to appear and answer it, and that after due proceedings had, there be Judgment for Plaintiff and against Defendants named herein.

PLAINTIFF FURTHER PRAYS for all legal interest from date of judicial demand until paid, for all costs of these proceedings, all expert witness fees and costs of medical reports, and all other just and equitable relief to which Plaintiff is entitled.

Respectfully submitted,

GALLOWAY JEFCOAT, L.L.P.

JOHN M. JEFCOAT (#24130)
JOHNAE JEFCOAT-BROUSSARD (#39486)
1925 Dulles Drive
Post Office Box 61550
Lafayette, Louisiana 70596-1550
Telephone:337/984-8020
Facsimile: 337/984-7011
*COUNSELORS FOR PLAINTIFF*

Please serve three (3) Defendants as follows:

REDWOOD FIRE AND CASUALTY INSURANCE COMPANY
*Through its registered agent for service of process:*
Agent: Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

ROCKING W SERVICES, LLC
*Via Long-Arm Service of Process:*
202 Church St SE Ste 545
Leesburg, VA 20175

CHARLES WEISMAN
*Via Long-Arm Service of Process:*
2421 Branch Creek Rd
Venus, TX 76084

RECEIVED AND FILED

2022 FEB 22   PH 1: 58

DEPUTY CLERK OF COURT
ST. MARTIN PARISH

| | |
|---|---|
| **LESTER JOE** | **16TH JUDICIAL DISTRICT COURT** |
| **VERSUS** | **DOCKET NO. 91400 - A** |
| **REDWOOD FIRE AND CASUALTY INSURANCE COMPANY, ROCKING W SERVICES, LLC, and CHARLES WEISMAN** | **PARISH OF ST. MARTIN** |
| | **STATE OF LOUISIANA** |

## REQUEST FOR NOTICE

NOW INTO COURT, through undersigned counsel, come Plaintiff, **LESTER JOE**, and pursuant to Louisiana Civil Code of Procedure Article 1572, moves this Honorable Court for written notice ten (10) days in advance of the date fixed for trial or hearing of this case, whether on exceptions, motions, rules or on the merits. In addition, it is respectfully requested that immediate notice of all orders and judgments, whether interlocutory or final, made or rendered in this case upon rendition thereof, as provided by Louisiana Civil Code of Procedure, Article 1913 and 1914, including notice of judgment in the event this matter is taken under advisement, or if the judgment is not signed at the conclusion of trial be sent, in writing to the offices of undersigned counsel.

Respectfully submitted,

**GALLOWAY JEFCOAT, L.L.P.**

_____
**JOHN M. JEFCOAT (#24130)**
**JOHNAE JEFCOAT-BROUSSARD (#39486)**
1925 Dulles Drive
Post Office Box 61550
Lafayette, Louisiana 70596-1550
Telephone:337/984-8020
Facsimile: 337/984-7011
*COUNSELORS FOR PLAINTIFF*

RECEIVED AND FILED

2022 FEB 22, PM 1: 58

Carren J. Alexander
DEPUTY CLERK OF COURT
ST. MARTIN PARISH

## CITATION FOR PETITION

JOE, LESTER

**Versus**

**REDWOOD FIRE AND CASUALTY INSURANCE COMPANY - ET AL**



Case: 091400
Division: A
*16th Judicial District Court*
*Parish of St. Martin*
State of Louisiana

*To:*  REDWOOD FIRE AND CASUALTY INSURANCE COMPANY
     THROUGH ITS REGISTERED FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE
     8585 ARCHIVES AVENUE
     BATON ROUGE, LA 70809

You are named as a defendant in the above captioned matter.  Attached to this citation is a:

☒ **Certified Copy of Original Petition**
☐ **Certified Copy of Amended Petition**
☐ **Discovery Request**

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or other pleading in the 16th Judicial District Court located at 415 Saint Martin St, Saint Martinville, LA 70582 within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

### Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with ten (10) days after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

### Article 1001 of the Louisiana Code of Civil Procedure states:

A.  A defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law. If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition within **thirty (30) days** after service of the amended petition.

B.  When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within fifteen (15) days after the exception is overruled or referred to the merits, or fifteen (15) days after service of the Amended Petition.

C.  The Court may grant additional time for answering.

### THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.

This Citation was issued by the Clerk for the Court for the 16th Judicial District Court, Parish of St. Martin, on the 25TH day of February , 2022.

*Warren G. Alexander*

_____
Deputy Clerk of Court

Requested by Attorney:
John M. Jefcoat
Attorney For Lester Joe

### Service Information

Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20_____ served the above-named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** or **Departmental Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20_____.

| | | |
|---|---|---|
| Service | $_____ | |
| Mileage | $_____ | By: _____ |
| | | Deputy Sheriff |
| Total | $_____ | |

[ FILE ]

TO:   Sheriff

P. O. Box 3277

Baton Rouge, LA 70821-3277

FROM:  **Becky P. Patin**

**Clerk of Court, St. Martin Parish**

**P. O. Box 308, St. Martinville, LA 70582**

**Phone:** 337-394-2210   **Fax:** 337-394-2240

RE: SUIT NO.        91400-A

PROBATE NO.

Lester Joe

VS.

Redwood Fire and Casualty Insurance
Company, et al

I am enclosing (1) citation along with true copies of the petition for damages for service on Redwood Fire and Casualty Insurance Company through Louisiana Secretary of State. Also, enclosed is a check to you in the amount of $39.36 for service and a check to the secretary of state in the amount of $50.00.

Date of Notice        February 25, 2022

FARREN J. ALEXANDER
Deputy Clerk of Court

# CITATION FOR PETITION

JOE, LESTER

**Versus**

REDWOOD FIRE AND CASUALTY INSURANCE
COMPANY - ET AL



Case: 091400
Division: A
*16th Judicial District Court*
*Parish of St. Martin*
*State of Louisiana*

To:   *ROCKING W SERVICES LLC*
      *VIA LONG-ARM SERVICE OF PROCESS:*
      *202 CHURCH ST. SE STE. 545*
      *LEESBURG, VA 20175*

You are named as a defendant in the above captioned matter.  Attached to this citation is a:

- ☒ **Certified Copy of Original Petition**
- ☐ **Certified Copy of Amended Petition**
- ☐ **Discovery Request**

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or other pleading in the 16th Judicial District Court located at 415 Saint Martin St, Saint Martinville, LA 70582 within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

## Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with ten (10) days after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

## Article 1001 of the Louisiana Code of Civil Procedure states:

A.  A defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law. If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition within **thirty (30) days** after service of the amended petition.

B. When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within fifteen (15) days after the exception is overruled or referred to the merits, or fifteen (15) days after service of the Amended Petition.

C. The Court may grant additional time for answering.

### THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.

This Citation was issued by the Clerk for the Court for the 16th Judicial District Court, Parish of St. Martin, on the 25TH day of February, 2022.

_____
Deputy Clerk of Court

Requested by Attorney:
John M. Jefcoat
Attorney For Lester Joe

### Service Information

Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20_____ served the above-named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** or **Departmental Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20_____.

Service      $_____

Mileage      $_____                       By: _____
                                                    Deputy Sheriff
Total        $_____

[ FILE ]

# CITATION FOR PETITION



**JOE, LESTER**

**Versus**

**REDWOOD FIRE AND CASUALTY INSURANCE COMPANY - ET AL**



**Case: 091400**
**Division: A**
*16th Judicial District Court*
*Parish of St. Martin*
*State of Louisiana*

To:  CHARLES WEISMAN
      *VIA LONG ARM SERVICE OF PROCESS:*
      *2421 BRANCH CREED RD.*
      *VENUS, TX 76084*

You are named as a defendant in the above captioned matter.  Attached to this citation is a:

☒ **Certified Copy of Original Petition**
☐ **Certified Copy of Amended Petition**
☐ **Discovery Request**

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or other pleading in the 16th Judicial District Court located at 415 Saint Martin St, Saint Martinville, LA 70582 within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

## Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with ten (10) days after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

## Article 1001 of the Louisiana Code of Civil Procedure states:

A.  A defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law. If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition within **thirty (30) days** after service of the amended petition.

B. When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within fifteen (15) days after the exception is overruled or referred to the merits, or fifteen (15) days after service of the Amended Petition.

C. The Court may grant additional time for answering.

### THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.

This Citation was issued by the Clerk for the Court for the 16th Judicial District Court, Parish of St. Martin, on the 25TH day of February , 2022.

_____
Deputy Clerk of Court

Requested by Attorney:
John M. Jefcoat
Attorney For Lester Joe

### Service Information

Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20_____ served the above-named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** or **Departmental Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.
Returned:
Parish of _____ this _____ day of _____, 20_____.

Service        $_____

Mileage       $_____                              By: _____
                                                              Deputy Sheriff
Total           $_____

[ FILE ]

TO:   John M. Jefcoat

Attorney At Law

P.O. Box 61550

Lafayette, LA 70596-1550

FROM:   **Becky P. Patin**

**Clerk of Court, St. Martin Parish**

**P. O. Box 308, St. Martinville, LA 70582**

**Phone:** 337-394-2210   **Fax:** 337-394-2240

RE: SUIT NO.   91400-A

Lester Joe

VS.

Redwood Fire and Casualty Insurance
Company, et al

PROBATE NO.

I am enclosing (2) citations along with true copies of the petition for damages for service on Charles Weisman and Rocking W Services, LLC through via Louisiana Long Arm Statute, as per your requests of our office.

Date of Notice   February 25, 2022

FARREN J. ALEXANDER
Deputy Clerk of Court

Becky P. Patin
Clerk of Court
P.O. Box 308
St. Martinville, La. 70582

Ph. #337/394-2210
Fax. #337/394-2240

# NEW CIVIL SUIT FILING CERTIFICATION

STATE OF LOUISIANA
PARISH OF ST. MARTIN

TO:
JOHN M. JEFCOAT
ATTORNEY AT LAW
P.O. BOX 615550
LAFAYETTE, LA 70596-1550

THIS CERTIFIES THAT ON THE 22ND DAY OF FEBRUARY, 2022 THE BELOW
ENTITLED CASE HAS BEEN FILED FOR RECORD IN THIS OFFICE.

LESTER JOE

VS. # 91400

REDWOOD FIRE AND CASUALTY INSURANCE
COMPANY, ROCKING W SERVICES, LLC
AND CHARLES WEISMAN

DIVISION A

ANTHONY THIBODEAUX
JUDGE

DEPUTY CLERK OF COURT
ST. MARTIN PARISH



**GALLOWAY JEFCOAT**, LLP
ATTORNEYS AT LAW

THOMAS "RUSTY" GALLOWAY, A.P.L.C.
JOHN M. JEFCOAT, A.P.L.C.

| Robert M. Martina | Robert K. Doggett |
| Jason A. Weaver | Johnae Jefcoat-Broussard |

Post Office Box 61550, Lafayette, LA 70596
Phone: (337) 984-8020 / Fax: (337) 984-7011

**GALLOWAYJEFCOAT.COM**

February 15, 2022



**Via Certified Mail: 7020 1290 0001 4453 4738**
St. Martin Parish Clerk of Court
16th Judicial District Court
415 St. Martin Street
St. Martinville, LA 70582

> RE:   **Lester Joe vs. Redwood Fire and Casualty Insurance Company, Rocking W Services, LLC, and Charles Weisman**
> **16th JDC, Docket No. 91400 - A , St. Martin Parish**
> **Our File No: 209157**

Dear Clerk:

Enclosed please find the original **Petition for Damages** and three (3) copies of same with regard to the above referenced matter.  Please file said Petition into the record of the court, serve Defendants with same and return one (1) conformed copy for my records to my office at your earliest convenience. Also, please send me two (2) certified copies along with a citation so that we may serve the petition through the Louisiana Long Arm Statute. A check for payment of filing fees and service is enclosed.

In accordance with *La. C.C.P. art 1572*, you are requested to give us written notice by mail ten (10) days in advance of the date fixed for trial or hearing of this case, whether on exceptions, motions, rules or on the merits.  We also respectfully request immediate notice of all orders and Judgments, whether interlocutory or final, made or rendered in this case upon rendition thereof, as provided by *La. C.C.P. art. 1913 and 1914*, including notice of judgment in the event this matter is taken under advisement, or in the judgment is not signed at the conclusion of trial.

With best regards,

Sincerely,

JOHN M. JEFCOAT

JMJ/jpl
Enclosures

RECEIVED AND FILED
2022 FEB 22  PM 1: 58
*Karren A. Alexander*
DEPUTY CLERK OF COURT
ST. MARTIN PARISH

1925 Dulles Drive │ Lafayette, LA 70506



**THOMAS "RUSTY" GALLOWAY, A.P.L.C.**
**JOHN M. JEFCOAT, A.P.L.C.**

Robert M. Martina       Robert K. Doggett
Jason A. Weaver         Johnae Jefcoat-Broussard

Post Office Box 61550, Lafayette, LA 70596
Phone: (337) 984-8020 / Fax: (337) 984-7011

**GALLOWAYJEFCOAT.COM**

March 24, 2022

St. Martin Parish Clerk of Court
Attention:  Civil Division
415 St. Martin Street
Saint Martinville, LA  70582

**Re:**     ***Lester Joe vs. Redwood Fire and Casualty Insurance Company, et al***
***16th JDC Docket No. 91400-A; St. Martin Parish***
***OFN:  209157***

Dear Sir / Madam:

Please find enclosed an original and (1) copies of Affidavit of Service upon Charles Weisman, in the above-referenced matter.  Please file the original into the record and return a conformed copy to me at my Lafayette office above.  It is my understanding we have enough money on the docket to cover the costs associated with this request.

Should you need anything further, please do not hesitate to contact me at our Lafayette office listed above.

Sincerely,

JOHN M. JEFCOAT

JMJ/cl
Enclosure(s)
cc:  Mr. Kenneth W. Jones, Jr.

RECEIVED AND FILED

2022 MAR 28   PM 2: 44

DEPUTY CLERK OF COURT
ST. MARTIN PARISH

**1925 Dulles Drive  |  Lafayette, LA 70506**

209157

**LESTER JOE**

**VERSUS**

**REDWOOD FIRE AND CASUALTY**
**INSURANCE COMPANY,**
**ROCKING W SERVICES, LLC, AND**
**CHARLES WEISMAN**

**16TH JUDICIAL DISTRICT COURT**

**DOCKET NO.: 91400-A**

**ST. MARTIN PARISH**

**STATE OF LOUISIANA**

## AFFIDAVIT OF SERVICE

STATE OF LOUISIANA

PARISH OF LAFAYETTE

BE IT KNOWN, that on this date, March 24, 2022, before me, Casey B. Leger, a Notary

Public, duly commissioned and qualified, in and for the Parish of Lafayette, State of Louisiana,

personally came and appeared:

Johnae Jefcoat-Broussard

Who after first being duly sworn, did depose and say:

That I, Johnae Jefcoat-Broussard, on March 15, 2022, mailed to Charles Weisman, via

U.S. Certified Mail Number 7020 1290 0001 4452 1189, a copy of the Citation and Petition in

the above entitled and captioned matter.  Said Citation and Petition were received on March 18,

2022. *(Please see attached copy of the tracking receipt).*

_____
JOHNAE JEFCOAT-BROUSSARD

_____
CASEY B. LEGER (#80813)
NOTARY PUBLIC

OFFICIAL SEAL
CASEY B LEGER
NOTARY ID # 80813
STATE OF LOUISIANA
PARISH OF LAFAYETTE
My Commission is for Life

RECEIVED AND FILED

2022 MAR 28  PM 2: 44

DEPUTY CLERK OF COURT
ST. MARTIN PARISH

# CITATION FOR PETITION

**JOE, LESTER**

Versus

**REDWOOD FIRE AND CASUALTY INSURANCE COMPANY - ET AL**



Case: 091400
Division: A
*16th Judicial District Court*
*Parish of St. Martin*
*State of Louisiana*

*To:*   *CHARLES  WEISMAN*
*VIA LONG ARM SERVICE OF PROCESS:*
*2421 BRANCH CREED RD.*
*VENUS, TX 76084*

You are named as a defendant in the above captioned matter.  Attached to this citation is a:

☒ **Certified Copy of Original Petition**
☐ **Certified Copy of Amended Petition**
☐ **Discovery Request**

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or other pleading in the 16th Judicial District Court located at 415 Saint Martin St, Saint Martinville, LA 70582 within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

## Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with ten (10) days after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

## Article 1001 of the Louisiana Code of Civil Procedure states:

A.  A defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law. If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition within **thirty (30) days** after service of the amended petition.

B. When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within fifteen (15) days after the exception is overruled or referred to the merits, or fifteen (15) days after service of the Amended Petition.

C. The Court may grant additional time for answering.

### THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.

This Citation was issued by the Clerk for the Court for the 16th Judicial District Court, Parish of St. Martin, on the 25TH day of February , 2022.

_____
Deputy Clerk of Court

Requested by Attorney:
John M. Jefcoat
Attorney For Lester Joe

## Service Information

Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20_____
served the above-named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** or **Departmental Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20_____.

Service    $_____

Mileage    $_____

Total      $_____

By: _____
Deputy Sheriff

RECEIVED AND FILED
2022 MAR 28  PH 2: 45
DEPUTY CLERK OF COURT
ST. MARTIN PARISH

[ RETURN ]

**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)         $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required            $
☐ Adult Signature Restricted Delivery  $

Postmark
MAR 15 2022

Postage
$

Total Postage and Fees
$

Sent To
Charles Wisman

Street and Apt. No., or PO Box No.
1421 Branch Creed Rd

City, State, ZIP+4®
Venus, TX  76084

RECEIVED AND FILED
2022 MAR 28  PM 2: 45

DEPUTY CLERK OF COURT
ST. MARTIN PARISH

...eceipt (this portion of the Certified Mail label).

...unique identifier for your mailpiece.

...ctronic verification of delivery or attempted ...ivery.

...record of delivery (including the recipient's ...nature) that is retained by the Postal Service™ ...r a specified period.

...ortant Reminders:

...u may purchase Certified Mail service with ...st-Class Mail®, First-Class Package Service®, ... Priority Mail® service.

...rtified Mail service is *not* available for ...ernational mail.

...surance coverage is *not* available for purchase ...th Certified Mail service. However, the purchase ...Certified Mail service does not change the ...surance coverage automatically included with ...rtain Priority Mail items.

...r an additional fee, and with a proper ...dorsement on the mailpiece, you may request ...e following services:
Return receipt service, which provides a record ...of delivery (including the recipient's signature). ...You can request a hardcopy return receipt or an ...electronic version. For a hardcopy return receipt, ...complete PS Form 3811, *Domestic Return* ...*Receipt*; attach PS Form 3811 to your mailpiece;

...orm 3800, April 2015 (Reverse) PSN 7530-02-000-9047

...for an electronic return receipt, see a retail ...associate for assistance. To receive a duplicate ...return receipt for no additional fee, present this ...USPS®-postmarked Certifi_____ receipt to the ...retail associate.

- Restricted delivery service, which provides
  delivery to the addressee specified by name, or
  to the addressee's authorized agent.
- Adult signature service, which requires the
  signee to be at least 21 years of age (not
  available at retail).
- Adult signature restricted delivery service, which
  requires the signee to be at least 21 years of age
  and provides delivery to the addressee specified
  by name, or to the addressee's authorized agent
  (not available at retail).

■ To ensure that your Certified Mail receipt is
accepted as legal proof of mailing, it should bear a
USPS postmark. If you would like a postmark on
this Certified Mail receipt, please present your
Certified Mail item at a Post Office™ for
postmarking. If you don't need a postmark on this
Certified Mail item, detach the barcoded portion
of this label, affix it to the mailpiece, apply
appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

**United States**
**Postal Service**

9590 9402 5976 0062 5078 58

* Sender: Please print your name, address, and ZIP+4® in this box•

GALLOWAY JEFCOAT, LLP
1925 DULLES DRIVE
P. O. BOX 61550
LAFAYETTE, LA 70596-1550

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

209157   LA serve   JJB

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Charles Weisman
2421 Branch Creed Rd.
Venus, TX 76084

9590 9402 5976 0062 5078 58

2. Article Number (Transfer from service label)
7020 1290 0001 4452 1189

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X SS RICA
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Weisman

C. Date of Delivery
3/18/22

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053
Domestic Return Receipt

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70201290000144521189

Remove ✕

Your item was delivered to an individual at the address at 11:46 am on March 18, 2022 in VENUS, TX 76084.

**USPS Tracking Plus® Available** ⌄

## ✅ Delivered, Left with Individual

March 18, 2022 at 11:46 am
VENUS, TX 76084

Feedback

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**March 18, 2022, 11:46 am**
Delivered, Left with Individual
VENUS, TX 76084
Your item was delivered to an individual at the address at 11:46 am on March 18, 2022 in VENUS, TX 76084.

**March 18, 2022, 9:27 am**
Out for Delivery
VENUS, TX 76084

**March 18, 2022, 9:16 am**
Arrived at Post Office
VENUS, TX 76084

**March 17, 2022, 10:03 pm**
Departed USPS Regional Facility
FORT WORTH TX DISTRIBUTION CENTER

**March 17, 2022, 1:09 pm**
Arrived at USPS Regional Facility
FORT WORTH TX DISTRIBUTION CENTER

**March 16, 2022**
In Transit to Next Facility

**March 15, 2022, 10:54 pm**
Arrived at USPS Regional Facility
BATON ROUGE LA PROCESSING CENTER

Feedback

**USPS Tracking Plus®**                                           ⌄

**Product Information**                                           ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**


**GALLOWAY**
**JEFCOAT**, LLP
ATTORNEYS AT LAW



THOMAS "RUSTY" GALLOWAY, A.P.L.C.
JOHN M. JEFCOAT, A.P.L.C.

| Robert M. Martina | Robert K. Doggett |
| Jason A. Weaver | Johnae Jefcoat-Broussard |

Post Office Box 61550, Lafayette, LA 70596
Phone: (337) 984-8020 / Fax: (337) 984-7011

**GALLOWAYJEFCOAT.COM**

March 30, 2022

St. Martin Parish Clerk of Court
Attention:  Civil Division
415 St. Martin Street
Saint Martinville, LA  70582

> **Re:**  ***Lester Joe vs. Redwood Fire and Casualty Insurance Company, et al***
> ***16th JDC Docket No. 91400-A; St. Martin Parish***
> ***OFN:  209157***

Dear Sir / Madam:

Please find enclosed an original and (1) copies of Affidavit of Service upon Rocking W. Services, LLC, in the above-referenced matter.  Please file the original into the record and return a conformed copy to me at my Lafayette office above.  It is my understanding we have enough money on the docket to cover the costs associated with this request.

Should you need anything further, please do not hesitate to contact me at our Lafayette office listed above.

Sincerely,

JOHNAE JEFCOAT-BROUSSARD

Enclosure(s)
cc:  Mr. Kenneth W. Jones, Jr.

209157

| | |
|---|---|
| **LESTER JOE** | **16TH JUDICIAL DISTRICT COURT** |
| **VERSUS** | **DOCKET NO.: 91400-A** |
| **REDWOOD FIRE AND CASUALTY INSURANCE COMPANY, ROCKING W SERVICES, LLC, AND CHARLES WEISMAN** | **ST. MARTIN PARISH** |
| | **STATE OF LOUISIANA** |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF LOUISIANA

PARISH OF LAFAYETTE

BE IT KNOWN, that on this date, March 30, 2022, before me, Casey B. Leger, a Notary

Public, duly commissioned and qualified, in and for the Parish of Lafayette, State of Louisiana,

personally came and appeared:

Johnae Jefcoat-Broussard

Who after first being duly sworn, did depose and say:

That I, Johnae Jefcoat-Broussard, on March 15, 2022, mailed to Rocking W. Services,

LLC, via U.S. Certified Mail Number 7020 1290 0001 4452 1196, a copy of the Citation and

Petition in the above entitled and captioned matter. Said Citation and Petition were received on

March 25, 2022. *(Please see attached copy of the tracking receipt).*

_____
JOHNAE JEFCOAT-BROUSSARD

_____
CASEY B. LEGER (#80813)
NOTARY PUBLIC

OFFICIAL SEAL
CASEY B LEGER
NOTARY ID # 80813
STATE OF LOUISIANA
PARISH OF LAFAYETTE
My Commission is for Life

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70201290000144521196

Remove ✕

Your item was delivered to an individual at the address at 12:30 pm on March 25, 2022 in LEXINGTON, VA 24450.

**USPS Tracking Plus® Available** ⌄

## ⊘ Delivered, Left with Individual

March 25, 2022 at 12:30 pm
LEXINGTON, VA 24450

**Get Updates** ⌄

Feedback

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**March 25, 2022, 12:30 pm**
Delivered, Left with Individual
LEXINGTON, VA 24450
Your item was delivered to an individual at the address at 12:30 pm on March 25, 2022 in LEXINGTON, VA 24450.

---

**March 24, 2022, 10:51 pm**
Departed USPS Regional Facility
RICHMOND VA DISTRIBUTION CENTER

---

**March 24, 2022, 8:17 am**
Arrived at USPS Regional Facility
RICHMOND VA DISTRIBUTION CENTER

---

**March 23, 2022**
In Transit to Next Facility

---

**March 22, 2022, 3:54 pm**
Arrived at USPS Regional Facility
MERRIFIELD VA DISTRIBUTION CENTER

---

**March 19, 2022, 3:12 pm**
Forwarded
LEESBURG, VA

**March 19, 2022, 3:12 pm**
Notice Left (No Authorized Recipient Available)
LEESBURG, VA 20175

**March 19, 2022, 7:57 am**
Out for Delivery
LEESBURG, VA 20175

**March 19, 2022, 7:46 am**
Arrived at Post Office
LEESBURG, VA 20175

**March 18, 2022, 11:08 pm**
Departed USPS Regional Facility
DULLES VA DISTRIBUTION CENTER

**March 18, 2022, 3:48 pm**
Arrived at USPS Regional Facility
DULLES VA DISTRIBUTION CENTER

**March 15, 2022, 10:54 pm**
Arrived at USPS Regional Facility
BATON ROUGE LA PROCESSING CENTER

Feedback

---

**USPS Tracking Plus®**                                         ∨

**Product Information**                                         ∨

---

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

9590 9402 6951 1104 4383 43

**United States**
**Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4® in this box®

GALLOWAY JEFCOAT. LLP
1925 DULLES DRIVE
P. O. BOX 61550
LAFAYETTE. LA 70596-1550

209157    LA Serve    JJB

**NDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3.

Print your name and address on the reverse
so that we can return the card to you.

Attach this card to the back of the mailpiece,
or on the front if space permits.

Article Addressed to:

?ckingW. servces, LLC

LO2 Church St. SE

Ste 545

eesburg, VA 20175

9590 9402 6951 1104 4383 43

7020 1290 0001 4452 1196

Form 3811. July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## FAX CONFIRMATION

**JOE, LESTER**

**Versus**

**REDWOOD FIRE AND CASUALTY INSURANCE COMPANY - ET AL**



**Case: 091400**
**Division: A**
**16th Judicial District Court**
**Parish of St. Martin**
**State of Louisiana**
**Tax ID # 726001272**

*YOU ARE HEREBY INFORMED BY THIS FAX CONFIRMATION NOTICE THAT THE FOLLOWING HAS BEEN FILED BY FACSIMILE.*

DATE FAX TRANSMISSION RECEIVED: <u>MARCH 30 2022</u>

DESCRIPTION OF TRANSMISSION: <u>AFFIDAVIT</u>

FILED ON BEHALF OF: <u>PLAINTIFF</u>

PERSON SIGNING PLEADING: <u>JOHN JEFFCOAT</u>

*This is to acknowledge that the above described facsimile transmission was received and filed on the date shown above as per LA R.S. 13:850.*

*The original pleading is to be forwarded within SEVEN (7) days, exclusive of legal holidays, of this confirmation together with the $5.00 transmission fee; $15.00 fee for this confirmation(WILL BE ADDED TO AMOUNT DUE); the correct filing fee to cover the cost of filing the facsimile copy as well as the original pleading and any balance of costs due. When the original pleading is received, the file mark will indicate the actual date it is received.*

*The record will contain the facsimile pleading, this confirmation and the original pleading, PLEASE ADD CASE NUMBER.*

*BECKY P. PATIN*
*Clerk of the 16th Judicial District Court for*
*St. Martin Parish, Louisiana*

BY: _Chrissie Segura_ _____

*Deputy Clerk of Court*

Confirmation faxed to number: 337-984-7011

Date confirmation faxed: MARCH 30 2022

Amount due: $ ENOUGH ON ACCOUNT

[ FILE ]

## Transmission Report

| Date/Time | 03–30–2022 | 02:56:54 p.m. | Transmit Header Text | |
| Local ID 1 | 3373942240 | | Local Name 1 | StMartin |

### This document : Confirmed
### (reduced sample and details below)
### Document size : 8.5"x14"

*FAX CONFIRMATION*

JOE, LESTER                                                                    Case: 091400
                                                                              Division: A
Versus                                                                        16th Judicial District Court
                                                                              Parish of St. Martin
REDWOOD FIRE AND CASUALTY INSURANCE                                           State of Louisiana
COMPANY - ET AL                                                               Tax ID # 726001372

*YOU ARE HEREBY INFORMED BY THIS FAX CONFIRMATION NOTICE THAT THE FOLLOWING HAS
BEEN FILED BY FACSIMILE.*

DATE FAX TRANSMISSION RECEIVED: MARCH 30 2022

DESCRIPTION OF TRANSMISSION: AFFIDAVIT

FILED ON BEHALF OF: PLAINTIFF

PERSON SIGNING PLEADING: JOHN JEFFCOAT

*This is to acknowledge that the above described facsimile transmission was received and filed on the date
shown above as per LA R.S. 13:850.*

*The original pleading is to be forwarded within SEVEN (7) days, exclusive of legal holidays, of this
confirmation together with the $5.00 transmission fee; $15.00 fee for this confirmation/WILL BE ADDED TO
AMOUNT DUE); the correct filing fee to cover the cost of filing the facsimile copy as well as the original
pleading and any balance of costs due. When the original pleading is received, the file mark will indicate the
actual date it is received.*

*The record will contain the facsimile pleading, this confirmation and the original pleading. PLEASE ADD
CASE NUMBER.*

BECKY P. PATIN
Clerk of the 16th Judicial District Court for
St. Martin Parish, Louisiana

BY: Chrisaie Segura

*Deputy Clerk of Court*

Confirmation faxed to number: 337-984-7011

Date confirmation faxed: MARCH 30 2022

Amount due: $ ENOUGH ON ACCOUNT                    [ FILE ]

| Total Pages Scanned : 1 | | | Total Pages Confirmed : 1 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
| 001 | 292 | SpanDSP Fax Ident | 02:56:00 p.m. 03–30–2022 | 00:00:36 | 1/1 | 1 | EC | HS | CP9600 |

Abbreviations:

| | | | | |
|---|---|---|---|---|
| HS: Host send | PL: Polled local | MP: Mailbox print | CP: Completed | TS: Terminated by system |
| HR: Host receive | PR: Polled remote | RP: Report | FA: Fail | G3: Group 3 |
| WS: Waiting send | MS: Mailbox save | FF: Fax Forward | TU: Terminated by user | EC: Error Correct |

# CITATION FOR PETITION



**JOE, LESTER**

**Versus**

**REDWOOD FIRE AND CASUALTY INSURANCE COMPANY - ET AL**

**Case: 091400**
**Division: A**
*16th Judicial District Court*
*Parish of St. Martin*
**State of Louisiana**

*To:* *REDWOOD FIRE AND CASUALTY INSURANCE COMPANY*
*THROUGH ITS REGISTERED FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE*
*8585 ARCHIVES AVENUE*
*BATON ROUGE, LA 70809*

You are named as a defendant in the above captioned matter. Attached to this citation is a:

- ☒ **Certified Copy of Original Petition**
- ☐ **Certified Copy of Amended Petition**
- ☐ **Discovery Request**

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or other pleading in the 16th Judicial District Court located at 415 Saint Martin St, Saint Martinville, LA 70582 within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with ten (10) days after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

**Article 1001 of the Louisiana Code of Civil Procedure states:**

A. A defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law. If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition within **thirty (30) days** after service of the amended petition.

B. When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within fifteen (15) days after the exception is overruled or referred to the merits, or fifteen (15) days after service of the Amended Petition.

C. The Court may grant additional time for answering.

### THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.

This Citation was issued by the Clerk for the Court for the 16th Judicial District Court, Parish of St. Martin, on the 25TH day of February , 2022.

*Ioreen G. Alexander*
_____
Deputy Clerk of Court

Requested by Attorney:
John M. Jefcoat
Attorney For Lester Joe

### Service Information

Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20_____ served the above-named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service or Departmental Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20_____.

| | | |
|---|---|---|
| Service | $_____ | I made service on the named party through the |
| Mileage | $_____ | By: _____ **Office of the Secretary of State on** |
| | | Deputy Sheriff |
| Total | $____Ø____ | **MAR 0 9 2022** |

**RECEIVED AND FILED**

**MAR 2 8 2022**          [ RETURN ]

by tendering a copy of this document to:
**TAMMY GLOVER**
_____
**DY. M. LOCKWOOD #0803**
Deputy Sheriff, Parish of East Baton Rouge, LA

DEPUTY CLERK OF COURT
ST MARTIN PARISH

## NOTICE OF SERVICE

JOE, LESTER

Versus

REDWOOD FIRE AND CASUALTY INSURANCE
COMPANY - ET AL



Case: 091400
Division: A
16th Judicial District Court
Parish of St. Martin
State of Louisiana

TO:
  JOHN M. JEFCOAT
  GALLOWAY & JEFCOAT, L.L.P.
  P.O. BOX 61550
  LAFAYETTE, LA  705960000

Date of Service: Wednesday, March 09, 2022

Number of Service: 1

Personal/Domiciliary: Personal on Redwood Fire and Casualty Insurance Company through Louisiana
Secretary of State (Tammy Glover)

Issued by the Clerk of Court on the 28th day of March, 2022.

_____
Deputy Clerk of Court

**Pleading Served**
Citation For Petition

[ FILE ]



**THOMAS "RUSTY" GALLOWAY, A.P.L.C.**
**JOHN M. JEFCOAT, A.P.L.C.**

Robert M. Martina      Robert K. Doggett
Jason A. Weaver        Johnae Jefcoat-Broussard

Post Office Box 61550, Lafayette, LA 70596
Phone: (337) 984-8020 / Fax: (337) 984-7011

**GALLOWAYJEFCOAT.COM**

March 30, 2022

St. Martin Parish Clerk of Court
Attention:  Civil Division
415 St. Martin Street
Saint Martinville, LA  70582

**Re:    *Lester Joe vs. Redwood Fire and Casualty Insurance Company, et al***
**        *16th JDC Docket No. 91400-A; St. Martin Parish***
**        *OFN:  209157***

Dear Sir / Madam:

Please find enclosed an original and (1) copies of Affidavit of Service upon Rocking W. Services, LLC, in the above-referenced matter.  Please file the original into the record and return a conformed copy to me at my Lafayette office above.  It is my understanding we have enough money on the docket to cover the costs associated with this request.

Should you need anything further, please do not hesitate to contact me at our Lafayette office listed above.

Sincerely,

JOHNAE JEFCOAT-BROUSSARD

Enclosure(s)
cc:  Mr. Kenneth W. Jones, Jr.

RECEIVED AND FILED
2022 APR -5  AM 9:13
DEPUTY CLERK OF COURT
ST. MARTIN PARISH

**1925 Dulles Drive  |  Lafayette, LA 70506**

# FAX CONFIRMATION

**JOE, LESTER**

*Versus*

**REDWOOD FIRE AND CASUALTY INSURANCE COMPANY - ET AL**



**Case: 091400**
**Division: A**
**16th Judicial District Court**
**Parish of St. Martin**
**State of Louisiana**
**Tax ID # 726001272**

*YOU ARE HEREBY INFORMED BY THIS FAX CONFIRMATION NOTICE THAT THE FOLLOWING HAS BEEN FILED BY FACSIMILE.*

DATE FAX TRANSMISSION RECEIVED:  <u>MARCH 30 2022</u>

DESCRIPTION OF TRANSMISSION:  <u>AFFIDAVIT</u>

FILED ON BEHALF OF:  <u>PLAINTIFF</u>

PERSON SIGNING PLEADING:  <u>JOHN JEFFCOAT</u>

*This is to acknowledge that the above described facsimile transmission was received and filed on the date shown above as per LA R.S. 13:850.*

*The original pleading is to be forwarded within SEVEN (7) days, exclusive of legal holidays, of this confirmation together with the $5.00 transmission fee; $15.00 fee for this confirmation(WILL BE ADDED TO AMOUNT DUE); the correct filing fee to cover the cost of filing the facsimile copy as well as the original pleading and any balance of costs due.  When the original pleading is received, the file mark will indicate the actual date it is received.*

*The record will contain the facsimile pleading, this confirmation and the original pleading, PLEASE ADD CASE NUMBER.*

 

 

*BECKY P. PATIN*
*Clerk of the 16th Judicial District Court for*
*St. Martin Parish, Louisiana*

BY: *Chrissie Segura*
      ——————————————

*Deputy Clerk of Court*

Confirmation faxed to number: 337-984-7011

Date confirmation faxed:  MARCH 30 2022

Amount due:  $ ENOUGH ON ACCOUNT

[ FILE ]

209157

| | |
|---|---|
| **LESTER JOE** | **16TH JUDICIAL DISTRICT COURT** |
| **VERSUS** | **DOCKET NO.: 91400-A** |
| **REDWOOD FIRE AND CASUALTY**<br>**INSURANCE COMPANY,** | **ST. MARTIN PARISH** |
| **ROCKING W SERVICES, LLC, AND**<br>**CHARLES WEISMAN** | **STATE OF LOUISIANA** |

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF LOUISIANA

PARISH OF LAFAYETTE

BE IT KNOWN, that on this date, March 30, 2022, before me, Casey B. Leger, a Notary Public, duly commissioned and qualified, in and for the Parish of Lafayette, State of Louisiana, personally came and appeared:

Johnae Jefcoat-Broussard

Who after first being duly sworn, did depose and say:

That I, Johnae Jefcoat-Broussard, on March 15, 2022, mailed to Rocking W. Services, LLC, via U.S. Certified Mail Number 7020 1290 0001 4452 1196, a copy of the Citation and Petition in the above entitled and captioned matter.  Said Citation and Petition were received on March 25, 2022. *(Please see attached copy of the tracking receipt).*

_____
JOHNAE JEFCOAT-BROUSSARD

_____
CASEY B. LEGER (#80813)
NOTARY PUBLIC

OFFICIAL SEAL
CASEY B LEGER
NOTARY ID # 80813
STATE OF LOUISIANA
PARISH OF LAFAYETTE
My Commission is for Life

RECEIVED AND FILED

2022 APR -5  AM 9: 12

DEPUTY CLERK OF COURT
ST. MARTIN PARISH

# USPS Tracking®

FAQs >

## Track Another Package  +

**Tracking Number:** 70201290000144521196                     Remove ✕

Your item was delivered to an individual at the address at 12:30 pm on March 25, 2022 in LEXINGTON, VA 24450.

**USPS Tracking Plus® Available** ⌄

## ✓ Delivered, Left with Individual

March 25, 2022 at 12:30 pm
LEXINGTON, VA 24450

**Get Updates** ⌄

---

**Text & Email Updates**                                       ⌄

---

**Tracking History**                                           ⌃

**March 25, 2022, 12:30 pm**
Delivered, Left with Individual
LEXINGTON, VA 24450
Your item was delivered to an individual at the address at 12:30 pm on March 25, 2022 in LEXINGTON, VA 24450.

**March 24, 2022, 10:51 pm**
Departed USPS Regional Facility
RICHMOND VA DISTRIBUTION CENTER

**March 24, 2022, 8:17 am**
Arrived at USPS Regional Facility
RICHMOND VA DISTRIBUTION CENTER

**March 23, 2022**
In Transit to Next Facility

**March 22, 2022, 3:54 pm**
Arrived at USPS Regional Facility
MERRIFIELD VA DISTRIBUTION CENTER

**March 19, 2022, 3:12 pm**
Forwarded
LEESBURG, VA

**March 19, 2022, 3:12 pm**
Notice Left (No Authorized Recipient Available)
LEESBURG, VA 20175

**March 19, 2022, 7:57 am**
Out for Delivery
LEESBURG, VA 20175

**March 19, 2022, 7:46 am**
Arrived at Post Office
LEESBURG, VA 20175

**March 18, 2022, 11:08 pm**
Departed USPS Regional Facility
DULLES VA DISTRIBUTION CENTER

**March 18, 2022, 3:48 pm**
Arrived at USPS Regional Facility
DULLES VA DISTRIBUTION CENTER

**March 15, 2022, 10:54 pm**
Arrived at USPS Regional Facility
BATON ROUGE LA PROCESSING CENTER

Feedback

**USPS Tracking Plus®**          ⌄

**Product Information**          ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

||||| 9590 9402 6951 1104 4383 43

28 MAR 2022    5 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

GALLOWAY JEFCOAT, LLP
1925 DULLES DRIVE
P. O. BOX 61550
LAFAYETTE, LA 70596-1550

209157    LA Serve    JJB

SENDER: *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

Article Addressed to:

ocking W. Services LLC
202 Church St. SE
Ste 545
eesburg, VA 20175

9590 9402 6951 1104 4383 43

Article Number (Transfer from service label)

7020 1290 0001 4452 1196

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☐ Agent
  ☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Form 3811. July 2020 PSN 7530-02-000-9053

Domestic Return Receipt